IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12 cr 33-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KENNETH ASHE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER has come before the undersigned pursuant to a Motion to Extend Time to File Objections to PSI (#72) filed by Rodney G. Hasty, counsel for Defendant. This motion was joined with another motion in which Mr. Hasty requested permission to withdraw. The motion to withdraw has been allowed by the undersigned and an Order has been entered to that effect. The undersigned has further directed the Federal Defenders' Office to appoint substitute counsel to represent Defendant. As a result, the undersigned will leave it up to Defendant's new attorney to seek leave to file objections, if the attorney finds that objections to the Presentence Report are appropriate.

ORDER

IT IS, THEREFORE, ORDERED that the Motion to Extend Time to File Objections to PSI (#72) filed by counsel for Defendant is hereby DENIED without prejudice.

Signed: August 12, 2013

Dennis L. Howell
United States Magistrate Judge

1