IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12 cr 33-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KENNETH ASHE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER has come before the undersigned pursuant to a Motion to Withdraw Plea of Guilty (#102) filed by counsel for Defendant. At the call of this matter on for hearing on October 31, 2013, it appeared that Defendant was present with his attorney, Fredilyn Sison, and the Government was present through Assistant United States Attorney Tom Kent. At the call of the matter on for hearing, Ms. Sison moved to withdraw the motion to which the Government had no objection.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw Plea of Guilty (#102) is hereby **ALLOWED** to be withdrawn.

Signed: November 4, 2013

Dennis L. Howell
United States Magistrate Judge

1