**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:12-cr-00033-MR-DLH-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **KENNETH ASHE.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's pro se Motion for an Appeal Bond [Doc. 204] and the Defendant's pro se Motion for Oral Argument [Doc. 205].

For the reasons stated in the Court's Order of July 28, 2014 [Doc. 202], the Defendants' motions are denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 204, 205] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge