IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:12-cr-00033-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>KENNETH ASHE. )<br>_____ ) | O R D E R |

**THIS MATTER** is before the Court on the Defendant's pro se Motion for an Appeal Bond [Doc. 204] and the Defendant's pro se Motion for Oral Argument [Doc. 205].

For the reasons stated in the Court's Order of July 28, 2014 [Doc. 202], the Defendants' motions are denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 204, 205] are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge