# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>)<br>Kenneth Ashe   )<br>    Defendant   ) | Criminal Case No. 0419 2:12CR00033-002 |

## AGREED ORDER AND JUDGMENT
## TO REVOKE SUPERVISED RELEASE

Upon petition of the U.S. Probation Office, joined herein by the United States and the defendant, to revoke the supervised release of defendant Kenneth Ashe and for good cause shown therein, and based on agreement of the parties as set forth herein:

AGREEMENT OF UNITED STATES AND DEFENDANT

The defendant agrees and stipulates that he/she has violated the terms and conditions of supervised release in the following respects:

**DRUG/ALCOHOL USE (Date violation concluded: 6/3/2021).**
The defendant has violated the condition of supervision that states, "The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or controlled substance or any psychoactive substances (including, but not limited to, synthetic marijuana, bath salts) that impair a person's physical or mental functioning, whether or not intended for human consumption, or any paraphernalia related to such substances, except as duly prescribed by a licensed medical practitioner," in that,

On 7/13/2020, the defendant provided a urine sample that tested positive for amphetamines and cocaine. The defendant admitted that he relapsed and had used methamphetamine and cocaine. (Grade C)

On 8/25/2020, the defendant provided a urine sample that tested positive for amphetamines. The defendant admitted in writing that he had used methamphetamine. (Grade C)

On 9/21/2020, the defendant provided a urine sample that tested positive for amphetamines. The defendant admitted in writing that he had used methamphetamine. (Grade C)

1

On 4/3/2021, the defendant provided a urine sample that was confirmed positive for methamphetamine and cocaine by the national testing laboratory. (Grade C)

On 6/3/2021, the defendant provided a urinalysis that was confirmed positive for methamphetamine, cocaine, THC metabolite, and codeine by the national testing laboratory. (Grade C)

**FAILURE TO COMPLY WITH DRUG TESTING/TREATMENT REQUIREMENTS (Date violation concluded: 6/22/2021).**
The defendant has violated the condition of supervision that states, "The defendant shall participate in a program of testing for substance abuse if directed to do so by the probation officer. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of the testing. If warranted, the defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (including, but not limited to, provider, location, modality, duration, intensity) (unless omitted by the Court)," in that,

At the defendant's detention hearing on 5/10/2021, he was ordered to be released on bond and the probation officer directed him to contact Appalachian Community Services following his release to schedule a substance abuse treatment appointment. As of 6/22/2021, the defendant has failed to contact the treatment provider. (Grade C)

The parties stipulate, pursuant to Chapter 7 Policy Statements, U.S. Sentencing Guidelines, that the defendant's violation is a maximum Grade C and that the defendant has a Criminal History Category of III.

The parties stipulate, based on U.S.S.G. §7B1.4, that the Guidelines range of imprisonment for a Grade C violation and a Criminal History Category of III is a term of imprisonment from 5 to 11 months.

The parties agree, pursuant to Rules 11(c)(1)(C) and 32.1, Federal Rules of Criminal Procedure, that the Court should revoke supervised release and order the defendant to be imprisoned for a period of seven (7) months. If the Court rejects this sentencing agreement, the defendant has the right to withdraw from this Agreed Order and have an evidentiary hearing on the petition for revocation of supervised release.

## DEFENDANT'S ACKNOWLEDGMENT AND WAIVER

The defendant acknowledges that he is admitting the violations of supervised release because he did, in fact, violate the conditions of supervised release set forth above.

The defendant acknowledges that he has had an opportunity 1) to review the written notice of the alleged violations of supervised release and 2) to review the evidence against him related to those alleged violations.

The defendant further acknowledges that he is aware of the following rights and is knowingly waiving these rights in exchange for the agreed sentence:

1) The opportunity to appear personally, present evidence, and question adverse witnesses at a revocation hearing; and

2) The opportunity to make a statement personally to the Court in mitigation of sentence and to present mitigating evidence to the Court.

If the Court accepts the agreed sentence, the defendant knowingly waives the right to contest the revocation of supervised release and the defendant's sentence in any appeal or post-conviction action. Claims of (1) ineffective assistance of counsel and (2) prosecutorial misconduct, and those claims only, are exempt from this waiver.

## AGREED SENTENCE

Upon agreement of the parties as set forth above, it is hereby ORDERED that the previously imposed period of supervised release is REVOKED.

It is further ORDERED that the defendant Kenneth Ashe be and is hereby SENTENCED to a term of imprisonment of seven (7) months on Count 1 of the judgment filed in the Western District of North Carolina on 12/23/2013.

It is further ORDERED that the Court RECOMMENDS to the Bureau of Prisons that the defendant:

1. Participate in any available educational and vocational opportunities.
2. Participate in any available substance abuse treatment program opportunities.

It is further ORDERED that the defendant not be ORDERED to serve an additional term of supervised release.

It is further ORDERED that any restitution order, fine, and special assessment imposed in the original Judgment in a Criminal Case are hereby reimposed and are to be paid in full immediately.

So ORDERED and ADJUDGED, this the 28 day of June, 2021.

_____
Martin Reidinger
Chief U.S. District Court Judge

**APPROVED**

_____
Kenneth Ashe
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney

_____
Eric G. Simpson
Supervisory U.S. Probation Officer

_____
Jeffrey Tomaszewski
U.S. Probation Officer